IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Anthony Gray Jr. 196022 )
Full name and prison number )
of plaintiff(s) )
)
v. )
)  CIVIL ACTION NO. 2:06CV749-ID
CO.1 Cruz Alexander )  (To be supplied by Clerk of
SGT. Carolyn Longmire )   U.S. District Court)
Ventress Corr-Fac. )
P.O. Box 767 )
Clayton, AL 36016 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2006 AUG 23 A 10: 45

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (✗)  NO ( )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✗)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s)  Anthony Gray Jr.

            Defendant(s)  CO.1 Cruz Alexander
            SGT. Carolyn Longmire

        2.  Court (if federal court, name the district; if
            state court, name the county)  Barbour County Court House;

3. Docket number _Filed on June 26, 2006 (By Clerk)_

4. Name of judge to whom case was assigned _-NA-_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Pending_

6. Approximate date of filing lawsuit _June 20th, 2006_

7. Approximate date of disposition _-NA-_

II. PLACE OF PRESENT CONFINEMENT _Ventress Correctional Facility P.O. Box 767 Clayton Alabama, 36016_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Dorm 7/B-Side_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. _CO.1 Inez Alexander / P.O. Box 767; Clayton Al, 36016_
2. _SGT. Carolyn Longmire / P.O. Box 767; Clayton Al 36016_
3. 
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _April 17/06_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Plaintiff due Process Right was violated U.S.C. Amendment 8._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

4·17·06/Approximately at 11:39 AM and 11:44 AM Plaintiff was STOP By CO.1 Alexander Comming From Chow An Canteen. CO.1 Alexander ASK Gray what he was doing at the Uriner that mourning. Gray said what is you talking about. CO.1 Alexander said Don't worry, I'm going to check your Jacket. You can leave (CO.1 Alexander ACCUSE Gray of Masturbating at 9:40 AM)

GROUND TWO: U.S.C Amendment 8, And 14th

SUPPORTING FACTS: 4·18·06 Between 7:08 AM and 7:15 AM CO.1 STARKS call Plaintiff to 7 dorm Cubicle that Mourning. Quoted to me go and see what Mrs. Alexander want at 6 Dorm; when I got halfway their CO.1 Alexander "scream I want you to know I Handle that." Plaintiff said what is you Talking about now. "CO.1 Alexander stated Don't worry you will see." — 5 to 10 minutes later I was call to Shift office and serve a Displinary.

GROUND THREE: IT IS common for A male to "stroke or shake" urine from his Penis at A urinal / U.S.C Amendment 8

SUPPORTING FACTS: SGT. Longmire (Female SGT.) Hearing Officer finds Gray Guilty / on 4·17·06 inmate Anthony Gray was observe by office Inez Alexander "stroking his expose Penis at the Uriner," which is a violation of Rule #38 Indescent Exposure / Exhibitionism.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

A) THAT The Prison Displinary be Expunged Along with the 601 incident Report from All Prison And Parole Board Record B) THAT Defendant Inez Alexander And SGT. C Longmire Be fired As An employee of The Alabama D.O.C OR IN THE ALTERNATIVE TRANSFERRED TO Another facility.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August/17/06
              (Date)

_____  #196022
Signature of plaintiff(s)

4

## CERTICALE OF SERVICE

"I Hereby Declare That The Contents of My Complaint Are True And Correct To The Best Of My Knowlege Of The Facts They Are Known To Me."

Sworn To And Subcribe Before Me

On This The 17th Day of August, 2006

Anthony Croyde
Plaintiff
Pro Se.

Carolyn R. Abercrombie
Notary Public

My Commission Expires August 18, 2007

My Commission Expires