**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Inez Alexander
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Ollie Mason   08-28-06

address different from item 1?   ☐ Yes
er delivery address below:   ☐ No

06cv749
pro se - chp

☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3461 0249

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540