**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carolyn Longmire, Sgt
entress Correctional Facility
P.O. Box 767
Clayton, AL 36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Ollie Mason   08-28-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

e CV 749
Proc Ord Cmp

ce Type
rtified Mail   ☐ Express Mail
egistered   ☐ Return Receipt for Merchandise
sured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article
(Transfer from service label)    7005 1820 0002 3461 0263

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

Inez Alexander
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Oli E Mason

address different from item 1?   ☐ Yes
er delivery address below:       ☐ No

CV 749

3. ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7005 1820 0002 3461 0249

Domestic Return

102595-02-M-1540