IN THE COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GRAY, <br> AIS # 196022, <br><br> Plaintiff, <br><br> vs. <br><br> INEZ ALEXANDER, et. al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 2:06-CV-749-ID <br> ) <br> ) **JURY TRIAL REQUESTED** <br> ) <br> ) |

**ANSWER**

Come now the Alabama Department of Corrections (hereinafter referred to as ADOC) Defendants, Inez Alexander and Carol Longmire, by and through the undersigned counsel in the above style action, and file their request:

The ADOC Defendants file an answer and a demand for a jury trial pursuant to the local rules of this Court. The ADOC deny each and every allegation and demand strict proof thereof. The Defendants adopt defenses as set out in the special report as if fully set out herein.

Respectfully submitted,

Kim T. Thomas
General Counsel
Assistant Attorney General

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Post Office Box 301501
301 South Ripley Street
Montgomery, Alabama 36130-1501
334-353-3885

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing documents upon:

Anthony Gray, AIS #196022
Ventress Correctional Facility
P. O. Box 767
Clayton, Alabama 36016

by placing a copy of same in the U.S. Mail, properly addressed and postage paid, on this the 3rd day of October, 2006.

/s/Albert S. Butler
Albert S. Butler