**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

Anthony Gray Jr. 196022
Ventress Corr. Fac. D-H / BED 95A
P.O. Box 767
Clayton, AL 36016

RECEIVED
2007 FEB 20 A 9:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

February 14/07

Mrs. Susan R. Walker,
United States Magistrative Judge
Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36106-0711

RE: Dismiss Case no# 2:06-CV 749 I.D

DEAR JUDGE WALKER,

And how are you, My name is Anthony Gray Jr. 196022 I filed a motion to Middle District Court on or around the Month of July, 2006, And it was granted case no# 2:06-CV 749.ID I also recieve papers stating to respond back, or it will be dismiss if I didn't respond back, in so many days. My reason for not responding back is, By me leaving papers under my mattress they some how disapeared (stolen) So I waited 2½ Months, And filed Another Motion and it was granted; case no# 2:07-CV 60 I.D

JUDGE WALKER, I was called to the Administration Building here at Ventress on 2/12/07 to sign papers to take a certain percentage off my P.M.O.D For filing fee, Mrs. Boss the Business Clerk presented to me Two (2) Different "Notice of Intent to with hold funds from PMOD Account, I explain to her what happen, And she quoted to me that I had to still sign both of them in order to proceed

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

on with this case so I did,

Judge Susan B. Walker if possible by the Grace of "God" can I please dismiss the first motion case no# 2:06-cv 749 ID; due to the fact it was stolen, or, may I ask what procedure's due I need to take to get the first motion dismiss.

Thank you
And Continue on Doing
Godly Things.

Huff Gray Jr.
196022

Dorm 11
Bed 95A

Anthony Gray Jr. 146022
Dorm A – Bed 95 A

Ventress Corr. Fac.
P.O. Box 767
Clayton, AL 36016

IS CORRESPONDENCE IS FORWARDED
OM AN ALABAMA STATE PRISON. THE
ONTENTS HAVE NOT BEEN EVALUATED
ND THE ALABAMA DEPARTMENT OF
RRECTIONS IS NOT RESPONSIBLE FOR
HE SUBSTANCE OR CONTENT OF THE
ENCLOSED COMMUNICATION

MONTGOMERY AL 361
16 FEB 2007 PM 3 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36104-0711

36104+0711 B007