IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GRAY, JR., #196022, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-749-ID |
| ) | |
| INEZ ALEXANDER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On February 20, 2007, the plaintiff filed a document (Court Doc. No. 10) in which he appears to seek relief from that portion of the order entered on August 25, 2006 (Court Doc. No. 3) requiring that he pay the requisite filing fee from funds which become available to him. Under the provisions of 28 U.S.C. § 1915(b)(1), "a prisoner [who] brings a civil action ... shall be required to pay the full amount" of the applicable filing fee due to his initiation of the action in this court. Specifically, this section directs that the court must "assess and, when funds exist, collect" the $350.00 filing fee from all monies available to the indigent plaintiff. Thus, the plaintiff's motion to vacate is without legal basis. Accordingly, it is

ORDERED that the motion to vacate order be and is hereby DENIED.

Done this 21st day of February, 2007.

      /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE