**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                           TELEPHONE (334) 954-3600

September 14, 2007

# NOTICE OF ERROR

To:    All Counsel of Record

Case Style:   Gray v. Alexander et al

Case Number:   2:06cv00749-ID

Referenced Pleading:   Request for Admissions

Docket Entry Number:   14

**The referenced pleading was filed on \*\*\*September 13, 2007\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.**

**Parties are instructed to disregard #14 docketing entry, which has been stricken from the record as a docketing error.**