```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000561
Cashier ID: brobinso
Transaction Date: 09/28/2007
Payer Name: VENTRESS CORRECTIONAL FACILITY
--------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY GRAY JR
 Case/Party: D-ALM-2-06-CV-000749-001
 Amount:         $16.00
--------------------------------------
CHECK
 Check/Money Order Num: 19570
 Amt Tendered: $16.00
--------------------------------------
Total Due:      $16.00
Total Tendered: $16.00
Change Amt:     $0.00
```