```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003586
Cashier ID: brobinso
Transaction Date: 01/28/2008
Payer Name: VENTRESS CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY GRAY JR
 Case/Party: D-ALM-2-06-CV-000749-001
 Amount:         $32.00
------------------------------------
CHECK
 Check/Money Order Num: 19874
 Amt Tendered:  $32.00
------------------------------------
Total Due:      $32.00
Total Tendered: $32.00
Change Amt:     $0.00
```