```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004845
Cashier ID: brobinso
Transaction Date: 04/25/2008
Payer Name: CHILDERSBURG COMMUNITY WORK
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY GRAY JR
 Case/Party: D-ALM-2-06-CV-000749-001
 Amount:         $37.03
------------------------------------
CHECK
 Check/Money Order Num: 7655
 Amt Tendered:  $37.03
------------------------------------
Total Due:      $37.03
Total Tendered: $37.03
Change Amt:     $0.00
```