```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005252
Cashier ID: brobinso
Transaction Date: 05/27/2008
Payer Name: CHILDERSBURG COMMUNITY WORK
--------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY GRAY JR
 Case/Party: D-ALM-2-06-CV-000749-001
 Amount:         $123.92
--------------------------------
CHECK
 Check/Money Order Num: 7832
 Amt Tendered:  $123.92
--------------------------------
Total Due:      $123.92
Total Tendered: $123.92
Change Amt:     $0.00
```