```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005619
Cashier ID: christin
Transaction Date: 06/26/2008
Payer Name: CHILDERSBURG COMMUNITY WORK
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY GRAY JR
 Case/Party: D-ALM-2-06-CV-000749-001
 Amount:         $75.05
------------------------------------
CHECK
 Remitter: CHILDERSBURG COMM
 Check/Money Order Num: 7972
 Amt Tendered: $75.05
------------------------------------
Total Due:      $75.05
Total Tendered: $75.05
Change Amt:     $0.00

DALM206CV749-ID
```